# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| RYSHER ENTERTAINMENT, LLC, QUALIA CAPITAL, LLC, and BING CROSBY PRODUCTIONS, LLC<br><br>Plaintiff - Appellant,<br><br>v.<br>WRITERS GUILD OF AMERICA-WEST, INC., et al.<br><br>Defendant - Appellee. | 9th Cir. No. 13-56444<br><br>MOTION TO VOLUNTARILY DISMISS APPEAL |

Pursuant to Federal Rule of Appellate Procedure 42(b), appellant hereby moves the Court for an order dismissing the above captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: Nov 24, 2014

s/ Craig J. Mariam

Attorney for Appellant